# CALENDAR : MAGISTRATE'S PROCEEDING

**BEFORE MAG. JUDGE Ramon E. Reyes, Jr.**          DATE : 7/12/13

**DOCKET NUMBER: 13-605M**          LOG #: 11:21-11:29
                                          2:49-34|

**DEFENDANT'S NAME :** Alberto Yard

　　✓ Present　　___ Not Present　　✓ Custody　　___ Bail

**DEFENSE COUNSEL :** John Esposito

　　___ Federal Defender　　___ CJA　　✓ Retained

**A.U.S.A:** Margaret Gandy          **DEPUTY CLERK :** K. DiLorenzo

**INTERPRETER :** _____ (Language) _____

**Bail** _____ Hearing held. _____ Hearing adjourned to _____

___ Defendant was released on _____ PRB with/without some conditions.

___ Defendant was advised of bond conditions by the Court and signed the bond.

___ Surety (ies) were sworn and advised of bond obligations by the Court and signed the bond.

___ Additional surety (ies) to co-signed bond by _____

✓ At this time, defense counsel states on the record that the defendant does not have a bail application / package. **Order of detention** entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay entered.   Code Type___   Start_____   Stop_____

___ Order of Speedy Trial entered.   Code Type___   Start_____   Stop_____

___ Defendant's first appearance.   ___ Defendant arraigned on the indictment.

___ Attorney Appointment of ___ FEDERAL DEFENDER ___ CJA

___ Defendant entered **NOT GUILTY PLEA** to **ALL** counts of the indictment.

___ Status conference set for _____ @ _____ before Judge _____

**OTHERS :** Retained counsel relieved. FDNY appointed. Preliminary hearing waived.