# AIELLO CANNICK
### Your rights • Our business

Robert J. Aiello
Deveraux L. Cannick

Jennifer Arditi

**Of Counsel**
   Anthony M. Dattoma
   Lyn A. Perrotta

*69-06 Grand Avenue*
*Maspeth, New York 11378*
*(718) 426-0444, Fax (718) 803-9764*
*Email: info@aiellocannick.com*

**NEW YORK OFFICE**
(By Appointment Only)
(212) 233-3335

October 10, 2013

**VIA FACSIMILE – 718-613-2185**
The Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

    Re:    **United States v. Alberto Yard**
                 **13-cr-486**

Dear Judge Matsumoto:

    Alberto Yard is scheduled to appear before Your Honor on Thursday, October 31st, 2013 at 10:00 a.m. for a status conference. Please know that I am scheduled to commence trial before the Honorable Victor Marrero in the matter of the United States v. Pena, et al on October 15th, 2013 which we are told will last six to eight weeks.

    We respectfully request that this matter be adjourned to a date in mid-December. AUSA Margaret Gandy does not object to our request. Also, please know that we waive speedy time in this matter.

    Thank you in advance for your consideration.

                                      Very truly yours,

                                      Deveraux L. Cannick

DLC/mw
cc: AUSA Margaret Gandy, via email