MEMORANDUM TO
The Honorable Kiyo A. Matsumoto
United States District Judge

Defendant: Alberto Yard
Docket No.: 13-CR-486

## REQUEST FOR ADJOURNMENT

On March 6, 2014, the above-referenced defendant pleaded guilty to Conspiracy to Sexually Exploit Children; the case is presently scheduled for sentencing on December 10, 2014, having previously been adjourned twice.

The purpose of this memorandum is to advise Your Honor of an additional delay in the presentence process. As the Court is aware, the co-defendant in the above-referenced case, Colette Robertson, has been involved in ongoing hearings to assess her competency to proceed. The Government and the Probation Department are in agreement that this defendant's presentence report should not be disclosed until the co-defendant's matter is resolved, so that, in the event that the co-defendant is ultimately convicted, the presentence report can accurately reflect the conduct of both defendants. In light of this, the Probation Department is requesting that this defendant's sentencing be indefinitely adjourned until the resolution of the co-defendant's competency hearings, and, if applicable, her conviction. Please indicate below if an adjournment of sentence is acceptable to the Court.

Prepared by: _____
Jennifer G. Fisher
U.S. Probation Officer
(347) 534-3732

Approved by: _____
Leslie S. Lockwood
Supervising U.S. Probation Officer
(347) 534-3721

Date: November 6, 2014

------------------------------------------------------------

✓ An indefinite adjournment of sentence is acceptable with a control date of __June 24, 2015 at 11:00am__.

___ An adjournment of sentence is not acceptable.

_____
The Honorable Kiyo A. Matsumoto
U. S. District Judge

Date:

CC: Margaret Gandy, Esq.
Nadia Moore, Esq.
Devereaux Leon Cannick, Esq.